**Henry Wardein and Henry J. Wardein, Jr., appellants, v. Euphrasia D. Quintal, appellee.**
Appeal dismissed for failure to write upon or attach to the record an assignment of errors before final submission of the cause. Appeal from the City Court of Alton; the Hon. L. D. Yager, Judge, presiding. Heard in this court at the October term, 1926. Opinion filed February 19, 1927. Rehearing denied March 23, 1927.

J. P. Streuber and Wm. M. P. Smith, for appellants. Wm. P. Boynton, for appellee.
Per curiam.